UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-243-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ODALINDA MONDRAGON-ARROYO | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the instant indictment against the above-captioned defendant due to the following: On February 10, 2022, the defendant began a 12-month pretrial diversion supervision term. The term of supervision was successfully completed on February 9, 2023.

Respectfully submitted this 15th day of February 2023.

                                              MICHAEL F. EASLEY, JR
                                              United States Attorney

                                              /s/ Sebastian Kielmanovich
                                              SEBASTIAN KIELMANOVICH
                                              Assistant United States Attorney
                                              Criminal Division
                                              150 Fayetteville Street, Suite 2100
                                              Raleigh, NC 27601
                                              Telephone (919) 856-4909
                                              sebastian.kielmanovich@usdoj.gov
                                              N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

                                                                 _____
                                                                 LOUISE WOOD FLANAGAN
                                                                 United States District Judge

Date:   February 16, 2023